UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HEDIE MIRZAYI, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | Civil Action No. 3:25-cv-02244-X-BK |
| WARDEN, et al. | § § | |
| *Respondents*. | § § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the habeas corpus petition under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The clerk of the court is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 11th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1